OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



December 20, 2023

Robert E. Barnes, Esq.
Carlo D. Marchioli, Esq.

RE: USA v. Nicholas Stanley
Case Number: 23-1317
District Court Case Number: 3-19-cr-00111-001

Dear Counsel:

      The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Wednesday, January 17, 2024,** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Pursuant to IOP Chapter 2.1, you are hereby advised that your appeal will be submitted before the following panel: **SHWARTZ, MATEY and PHIPPS, Circuit Judges**

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By: *[signature]*
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932