UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-1317

_____

UNITED STATES OF AMERICA

v.

NICHOLAS STANLEY,
                              Appellant

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 3-19-cr-00111-001)
District Judge:  Honorable Malachy E. Mannion

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
January 17, 2023

_____

Before:  SHWARTZ, MATEY, and PHIPPS, *Circuit Judges*.

_____

JUDGMENT

_____

This cause came to be considered on the record on appeal from the United States District Court for the Middle District of Pennsylvania and was submitted on January 17, 2023.  On consideration whereof,

It is now hereby ORDERED and ADJUDGED by this Court that the judgment of the United States District Court for the Middle District of Pennsylvania entered on

February 7, 2023, be and the same is hereby AFFIRMED.  Costs shall not be taxed in this matter.  All of the above in accordance with the Opinion of the Court.

ATTEST:

Patricia S. Dodszuweit, Clerk

Dated:  January 30, 2024